December 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTINA DE LA TORRE, Appellant

NO. 14-15-00856-CV                          V.

AAG PROPERTIES, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 29, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Christina De La Torre.

We further order this decision certified below for observance.